**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1979**

DORARENA BOYD, et al.,

Plaintiff – Appellant,

v.

ROBERT MURRAY; BEVERLY BROWN; CHARLOTTE MAULL; SHEPHERD
VILLAGE; FIRST BAPTIST BUTE STREET; REGIONAL LICENSE;
DEPARTMENT OF SOCIAL SERVICES; GLENDA AMES, Regional
Office; SUE MYATT; DEPARTMENT OF PLANNING AND COMMUNITY
DEVELOPMENT, Division of Building Safety; HEALTH
DEPARTMENT; VIRGINIA EMPLOYMENT COMMISSION; MICHAEL EUGENE
PLUMMER; MIRCLE TABERNACLE FAMILY CENTER; TASTE N SEE;
CONFERENCE CENTER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Arenda L. Wright Allen,
District Judge. (2:15-cv-00329-AWA-DEM)

Submitted: January 21, 2016      Decided: January 27, 2016

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Dorarena Boyd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dorarena Boyd seeks to appeal the district court's order dismissing her civil action without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Because the deficiencies identified by the district court may be remedied by the filing of an amended complaint, we conclude that the order Boyd seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Goode v. Cent. Va. Legal Aid Soc'y, Inc., 807 F.3d 619, 623 (4th Cir. 2015). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED